IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES KELLEY,
ADC #140048                                                                                                                 PLAINTIFF

v.                                                              5:09CV00049HLJ

JACK DAVIS                                                                                 DEFENDANT

## ORDER

This matter is before the Court on plaintiff's motion to compel (DE #11), which this Court construes as a motion for preliminary injunctive relief. Defendant has not filed a response to the motion. Accordingly,

IT IS, THEREFORE, ORDERED that defendant shall respond to plaintiff's motion for preliminary injunctive relief within ten days of the date of this Order.

IT IS SO ORDERED this 26th day of May, 2009.

                                                                           _____
                                                                           United States Magistrate Judge