IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES KELLEY,
ADC #140048                                                                                          PLAINTIFF

v.                                              5:09CV00049SWW/JTK

JACKIE DAVIS                                                                                         DEFENDANT

## ORDER

On July 29, 2010, counsel for defendant Jackie Davis filed a notice of the defendant's death (Doc. No. 72). Therefore, the August 23, 2010 Evidentiary Hearing in this matter is hereby CONTINUED.

IT IS SO ORDERED this 2nd day of August, 2010.

_____
UNITED STATES MAGISTRATE JUDGE