IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES KELLEY,
ADC #140048                                                                                    PLAINTIFF

v.                                             5:09CV00049SWW/JTK

JACK DAVIS                                                                                     DEFENDANT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff's motion for summary judgment (Doc. No. 63) is hereby DENIED.

IT IS SO ORDERED this 26th day of August 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE