**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JAMES KELLEY,
ADC #140048                                                                                 **PLAINTIFF**

v.                         5:09-cv-00049-SWW-JTK

JACK DAVIS, et al.                                                  **DEFENDANTS**

## **ORDER**

The Court has determined that counsel shall be appointed to represent the Plaintiff.

Pursuant to 28 U.S.C. § 1915(e)(1) and Local Rule 83.7, Scott T. Vaughn, P.O. Box 5551, North Little Rock, AR 72119-5551, 501-372-0110, is hereby appointed to represent Plaintiff James Kelley in all further proceedings in this action.

THE CLERK IS HEREBY DIRECTED to send counsel and Plaintiff a copy of this Order. Counsel is also directed to access and review Local Rule 83.7 regarding appointment of counsel, and Local Rule 83.6 regarding reimbursement of out-of-pocket expenses, through the Court's web site (www.are.uscourts.gov).[1] Pursuant to Rule 83.7, counsel must make written application to withdraw within twenty-one (21) days; otherwise, the appointment will be effective.

IT IS SO ORDERED this 28th day of February, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] Counsel may obtain a copy of the case file, on disk, by contacting the Courtroom Deputy.