IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| JAMES KELLEY, | * | |
| ADC#140048 | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 5:09-cv-00049-SWW/JTK |
| | * | |
| | * | |
| JACK DAVIS, | * | |
| | * | |
| Defendant. | * | |

## ORDER

The motion [doc.#117] of plaintiff James Kelley to voluntarily dismiss this action without prejudice pursuant to Fed.R.Civ.P. 41(a)(2) is hereby granted.

IT IS SO ORDERED this 17th day of April 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE